AO 440 (Rev. 06/12) Alias Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Craig Cunningham </br></br> *Plaintiff(s)* </br> v. </br></br> Yuspeh Rappaport Law LLC, </br> Reliable Legal Marketing Consulting, LLC </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:21-cv-00030-SO

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Reliable Legal Marketing Consulting, LLC
515 East Olas Blvd., Suite 120
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Levin
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 1/20/21

s/ *Cylenthia Woodford*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Craig Cunningham
        Plaintiff(s),

vs.

Yuspeh Rappaport Law LLC, et al.
        Defendant(s),

Case No.: 1:21-CV-00030-SO

**VERIFIED RETURN OF SERVICE**

Received on 01/22/2021 at 9:50 AM

I, George Thompson, being first duly sworn, depose and say the following:

Type of Process: Alias Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Appearance and Magistrate Judge Consent Form

Defendant to be served: **Reliable Legal Marketing Consulting, LLC**

Address where served: 515 East Olas Boulevard, Suite 120, Fort Lauderdale, FL 33301

On **January 28, 2021** at **12:00 PM**, I served the within named defendant in the following manner:

**CORPORATE OR GOVERNMENT SERVICE:** By delivering a true copy of the process, with the date and hour of service endorsed thereon by me, to: **Mario Gio** (Title): **Receptionist**, a person authorized to accept service and informed that person of the contents thereof.

Description of person accepting service:
Sex: Female - Race: White - Hair: Blonde - Approx. Age: 55 - Height: 5ft 5in - Weight: 130

I certify that I am over the age of 18, and not a party to nor interested in this case and I have the proper authority in the jurisdiction in which the process was served pursuant to Florida Statute Chapter 48. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true (F.S. 92.525).

X_____
George Thompson
1571

Job: 557153
File: