# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) CASE NO. 1:21-CV-00030-SO |
| Plaintiff, | ) |
| vs. | ) |
| YUSPEH RAPPAPORT LAW LLC, RELIABLE LEGAL MARKETING CONSULTING, LLC, AND DOES 1-20, | ) **UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Yuspeh Rappaport Law LLC and Defendant Reliable Legal Marketing Consulting, LLC (collectively "Defendants") hereby request an extension of the time period in which Defendants may respond, by answer or otherwise, to Plaintiff's Class Action Complaint.

Defendants very recently retained the law firm of Benesch, Friedlander, Coplan & Aronoff LLP to represent them in the above-captioned dispute. Defendants now respectfully request an enlargement of time in which to answer or otherwise respond to the Class Action Complaint, while its counsel familiarizes itself with the matter. Defendants seek an extension of thirty (30) days. Plaintiff has agreed to the relief requested herein.

Accordingly, Defendants request that, for good cause shown, the Court extend the deadline by thirty (30) days — until July 1, 2021 — in which to file an answer or other responsive pleading in this case.

Date: June 1, 2021 Respectfully submitted,

/s/ Laura E. Kogan
Laura E. Kogan (0087453)
Eric Larson Zalud (0038959)
David M. Krueger (0085072)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
Email: lkogan@beneschlaw.com
Email: dkrueger@beneschlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING was served upon all interested parties using this Court's ECF filing system this 1st day of June, 2021.

/s Laura E. Kogan
Laura Elizabeth Kogan
*Attorney for Defendants*

14688728 v1