# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>YUSPEH RAPPAPORT LAW LLC,<br>RELIABLE LEGAL MARKETING<br>CONSULTING, LLC, AND DOES 1-20,<br><br>    Defendants. | ) CASE NO. 1:21-CV-00030-SO<br>)<br>)<br>)<br>)<br>)<br>) **UNOPPOSED MOTION OF**<br>) **DEFENDANTS FOR EXTENSION**<br>) **OF TIME TO FILE RESPONSIVE**<br>) **PLEADING**<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Yuspeh Rappaport Law LLC and Defendant Reliable Legal Marketing Consulting, LLC (collectively "Defendants") hereby request an extension of the time period in which Defendants may respond, by answer or otherwise, to Plaintiff's Class Action Complaint.

Defendants have been in correspondence with Plaintiff seeking clarification of Plaintiff's allegations and claims set forth in the Complaint. These communications are currently ongoing. As a result, Defendants request an enlargement of time of thirty days to prepare a responsive pleading to the Complaint. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947) ("Extensions always may be asked for, and usually are granted upon a showing of good cause, if timely made, Federal Rules of Civil Procedure, Rule 6(b)(1)."). Plaintiff does not oppose this Motion, and has agreed to the relief requested herein.

Accordingly, Defendants request that, for good cause shown, the Court extend the deadline by thirty days — until August 1, 2021 — in which to file an answer or other responsive pleading in this case.

Date:  June 29, 2021	Respectfully submitted,

*/s/ Laura E. Kogan*
Laura E. Kogan (0087453)
Eric Larson Zalud (0038959)
David M. Krueger (0085072)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
Email: ezalud@beneschlaw.com
Email: lkogan@beneschlaw.com
Email: dkrueger@beneschlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING was served upon all interested parties using this Court's ECF filing system this 29th day of June, 2021.

>  */s Laura E. Kogan*
>  Laura Elizabeth Kogan
>  *Attorney for Defendants*