UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>YUSPEH RAPPAPORT LAW LLC,<br>RELIABLE LEGAL MARKETING<br>CONSULTING, LLC, and DOES 1-20,<br>    Defendants. | Case No.: 21-cv-00030 |

## NOTICE OF SETTLEMENT

NOW COMES THE PLAINTIFF, Craig Cunningham by and through his undersigned attorney, to respectfully notify this Honorable Court that this case has settled as to both Defendants, Yuspeh Rapport Law LLC and Reliable Legal Marketing Consulting. Plaintiff anticipates he will be able to submit a Stipulation of Dismissal as to both Defendants within 60 days.

                              RESPECFULLY SUBMITTED,

                              CRAIG CUNNINGHAM

        By:    /s/ David B. Levin
                  Attorney for Plaintiff
                  Ohio Attorney No. 0059340
                  Law Offices of Todd M. Friedman, P.C.
                  111 W. Jackson Blvd., Suite 1700
                  Chicago, IL 60604
                  Phone: (224) 218-0882
                  Fax: (866) 633-0228
                  dlevin@toddflaw.com

## **CERTIFICATE OF SERVICE**

I, David B. Levin , hereby certify that, on July 22, 2021, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff