IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
9/13/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>YUSPEH RAPPAPORT LAW LLC,<br>RELIABLE LEGAL MARKETING<br>CONSULTING, LLC, and DOES 1-20,<br>    Defendants. | Case No.: 21-cv-00030 |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, CRAIG CUNNINGHAM, and the Defendants, YUSPEH RAPPAPORT LAW LLC, RELIABLE LEGAL MARKETING CONSULTING, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted,<br><br>CRAIG CUNNINGHAM | Respectfully submitted,<br><br>YUSPEH RAPPAPORT LAW LLC,<br>RELIABLE LEGAL MARKETING<br>COUNSULTING, LLC |
| By:   /s/ David B. Levin<br>      Attorney for Plaintiff<br>      Ohio Attorney No. 0059340<br>      Law Offices of Todd M. Friedman, P.C.<br><br>      111 West Jackson Blvd, Suite 1700<br>      Chicago, IL 60604<br>      Phone: (224) 218-0882<br>      dlevin@toddflaw.com | By:   /s/ Laura E. Kogan<br>      Attorney for Defendant<br>      Ohio Attorney No. 0087453<br>      Benesch Friedlander Coplan &<br>      Aronoff LLP<br>      200 Public Square, Suite 2300<br>      Cleveland, OH 44114<br>      Phone: (216) 363-4518<br>      LKogan@beneschlaw.com |